THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* EARL F. BARSH, Respondent.

Argued October 21, 1953; decided December 3, 1953.

*T. Vincent Quinn, District Attorney (Benjamin J. Jacobson* of counsel), for appellant.

*Daniel Jacobson, Bernard Jacobson* and *Murray A. Gordon* for respondent.

Appeal dismissed in view of the fact that the defendant died on November 8, 1953. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.